**Order entered September 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00864-CV

### JOHNSON & JOHNSON AND ETHICON, INC., Appellants

### V.

### LINDA BATISTE, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14350**

## ORDER

Before the Court is appellee's August 31, 2015 Suggestion of Death and Unopposed Motion to Substitute Proper Party. Appellee's Motion is **DENIED** as moot. *See* Tex. R. App. P. 7.1(a) (If the death of a party occurs after final judgment, the appellate court will proceed to adjudicate the appeal as if all parties were alive. The decedent party's name may be used on all papers).

/s/    DOUGLAS S. LANG
        JUSTICE